IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA M. PEDROZA,

      Plaintiff,

v.                                            CIV No. 14-01074-KBM

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

      Defendant.

## ORDER GRANTING MOTION TO REMAND

**THIS MATTER** comes upon the Court on *Defendant's Unopposed Motion to Remand*. (Doc. 20) The Court finds that remand for further administrative proceedings is appropriate.

**IT IS HEREBY ORDERED** that *Defendant's Unopposed Motion for Remand* be **GRANTED**. This case is remanded pursuant to the fourth sentence of 42 U.S.C. § 205(g).

**IT IS FURTHER ORDERED** that judgment is issued in favor of Plaintiff.

Dated this 22nd day of July, 2015.

                                                    _____
                                                    KAREN B. MOLZEN
                                                    U.S. CHIEF MAGISTRATE JUDGE
                                                    Presiding by Consent

SUBMITTED AND APPROVED BY:

*Electronically submitted 7/22/15*
MANUEL LUCERO
Assistant United States Attorney

*Electronically approved 7/22/15*
FELIZ M. MARTONE
GARY J. MARTONE
SARAH L. MAESTAS BARNES
Attorneys for Plaintiff